**Opinion issued May 12, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00109-CR

———————————

**MICHAEL WAYNE MCINTOSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 13-CR-3003

## MEMORANDUM OPINION

Appellant, Michael Wayne McIntosh, has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). McIntosh has signed the motion to dismiss. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).